IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL ARRINGTON,

    Plaintiff,

vs.                                            Case No. 1:11cv106-SPM/GRJ

DETECTIVE THOMAS KINSEY,
in his individual capacity and
SADIE DARNELL, in her official
capacity as Sheriff of Alachua County,
Florida,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

This cause comes before the Court on the Unopposed Motion to Extend Time to File Response to Defendants' Motions for Summary Judgment (doc. 47). Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1.     The motion (doc. 47) is **granted**.

2.     The deadline for responding to Defendants' summary judgment motions is extended to April 30, 2012.

**DONE AND ORDERED** this 30th day of April, 2012.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge