IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL ARRINGTON,

    Plaintiff,

v.     CASE NO.: 1:11cv106-SPM/GRJ

THOMAS KINSEY and
SADIE DARNELL,

    Defendants.

_____/

## ORDER OF DISMISSAL

The counterclaim filed by Sadie Darnell, as Sheriff of Alachua County, Florida, against Michael Arrington has been dismissed without prejudice pursuant to Counter Plaintiff's notice of voluntary dismissal (doc. 64 and 65) and Federal Rule of Civil Procedure 41(a)(2). Accordingly, the clerk shall close this counterclaim.

SO ORDERED this 13th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge