IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL ARRINGTON,

    Plaintiff,

v.                                    CASE NO.: 1:11cv106-SPM/GRJ

THOMAS KINSEY and
SADIE DARNELL,

    Defendants.

_____/

## ORDER OF DISMISSAL

This cause comes before the Court upon the Defendant Sadie Darnell's Notice of Voluntary Dismissal of Counterclaim with Prejudice (doc. 67) and Notice of Filing (doc. 68). The Parties have stipulated to this notice of voluntary dismissal and an entry of an order dismissing the counterclaim by Sadie Darnell, as Sheriff of Alachua County. The Court has already issued an Order of Dismissal in this case regarding the counterclaim by Sadie Darnell (doc. 66). However, per the Parties' stipulation and the Court's finding that the terms are proper pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), it is hereby

ORDERED AND ADJUDGED that the counterclaim filed by Sadie Darnell is dismissed with prejudice.

SO ORDERED this 8th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:11cv106-SPM/GRJ